**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-653C

(Filed: December 23, 2015)

**FILED**
**DEC 2 3 2015**
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| KEVIN DENIS CHAMBERLAIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On June 24, 2015, plaintiff in the above-captioned case, appearing <u>pro se</u>, filed a complaint in this court. Dkt. No. 1. Plaintiff also filed with his complaint an application to appear <u>in forma pauperis</u> (IFP Application), seeking permission to proceed without paying the court's filing fee. Dkt. No. 2.

Finding that plaintiff was not without the financial means to pay the court's filing fee, the court denied plaintiff's IFP Application on November 19, 2015. Dkt. 10. The court provided notice to plaintiff that failure to remit the filing fee by December 21, 2015 would result in dismissal of his complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. <u>Id.</u> at 2.

As of the date of this order, plaintiff has not paid the required filing fee. Because plaintiff has failed to comply with the court's order, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Chief Judge